IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| Courtroom Deputy: Deborah Hansen | Date: November 1, 2012 |
| Court Reporter: Gwen Daniel | Probation: Sergio Garza |
| | Interpreter: Susana Cahill |

_____

Criminal Action No. 12-cr-00217-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Beth Gibson

    Plaintiff,

v.

1. CARLOS RODRIGUEZ-LOYA                   Leif Furmansky
   a/k/a Eric Jaramillo,

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:32 a.m.    Court in Session

Appearances

Oath administered to the Interpreter.

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Ms. Gibson

1

The defense withdraws its Motion for Downward Departure (ECF No. 26)

**ORDERED: The Defendant's Motion for Downward Departure (ECF No. 26) is DENIED as WITHDRAWN.**

Sentencing Statement by Mr. Furmansky

**ORDERED: The Government's Request For a Four-Level Downward Departure From The Applicable Offense Level Under § 5K3.1 (ECF No. 27) is GRANTED.**

Statement by Defendant's sister

Statement by Defendant's mother

Defendant's Allocution

Defendant plead guilty to the sole count of the Indictment on July 5, 2012.

**ORDERED: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Carlos Rodriguez-Loya, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve months and one day.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**No supervised release shall be imposed.**

**The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5) because it is likely that the defendant will be removed from this country.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case apart from the Special Assessment**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

10:56 a.m.　　Court in Recess
　　　　　　　Hearing concluded
　　　　　　　Time: 24 minutes